# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

            Plaintiff,

            v.

**VICTOR HUGO ESTRADA-CISNEROS,**
  aka Victor Manuel Estrada,

            Defendant.

CR NO: 2:15-CR-0129 GEB

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | VICTOR HUGO ESTRADA-CISNEROS |
| Detained at: | Kern Valley State Prison |

Detainee is:    a.)    ☒ charged in this district by:    ☒ Indictment    ☐ Information    ☐ Complaint
                         charging detainee with:

        or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings
         or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Katherine T. Lydon |
| Printed Name & Phone No: | KATHERINE T. LYDON (916) 554-2722 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: May 9, 2016 | /s/ Kendall J. Newman |
| | Honorable Kendall J. Newman |
| | U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Victor Manuel Estrada | ☒ Male | ☐ Female |
| Booking or CDC #: | AF7672 | DOB: | |
| Facility Address: | 3000 West Cecil Ave., Delano, CA | Race: | |
| Facility Phone: | | FBI#: | 921992AD5 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

                         (signature)