McGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00129-KJM |
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | |
| VICTOR HUGO ESTRADA-CISNEROS, | |
| Defendant. | |

On August 4, 2020, the government filed a motion to dismiss the Indictment under Rule 48 of the Federal Rules of Criminal Procedure. ECF No. 10. The government did not request a hearing on its motion. ECF No. 10.

For the reasons set forth in the government's motion, the Court hereby ORDERS the Indictment dismissed without prejudice. The Clerk of the Court is directed to close this case.

IT IS SO FOUND AND ORDERED this 12th day of August, 2020.

DATED: August 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER

1